# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

v.                                         Cr. No. 98-992 JP

**RANDY ECHOLS, GEORGE CLINT MELLO,
STACEY MAURIE LODDY, and
PAUL RICHARD MARTIN,**

        **Defendant.**

## MEMORANDUM OPINION AND ORDER

At a motion hearing held May 26, 1999, Miles Hanisee represented the United States; Greg Graham represented Randy Echols, who was present; Roger Finzel represented George Clint Mello, who was present; Robert Cooper represented Stacy Maurie Loddy, who was present; and John Samore represented Paul Richard Martin, who was present.

I stated that Defendant Martin's Motion to Submit Juror Questionnaire to Panel (Doc. No. 62) should be denied because the substance of the questionnaire can be adequately covered during voir dire.

With respect to Defendant Martin's Motion to Disclose Information Regarding Confidential Informants, Co-Defendants and Co-Conspirators (Doc. No. 31), counsel for the Government agreed to disclose the identity of the confidential informant to all counsel in the case no later than July 8, 1999.

I withheld ruling on Defendant Martin's motion for voir dire questions (Doc. No. 53) until

the time of jury selection.

IT IS THEREFORE ORDERED that:

(1) Defendant Martin's Motion to Submit Juror Questionnaire to Panel (Doc. No. 62) is **DENIED**;

(2) Defendant Martin's Motion to Disclose Information Regarding Confidential Informants, Co-Defendants and Co-Conspirators (Doc. No. 31) is **GRANTED IN PART**, and the Government must disclose the identity of the confidential informant to all defense counsel by July 8, 1999; and

(3) Defendant Martin's Motion to Voluntarily Withdraw Pending Motion to Compel Pre-Trial Discovery and Inspection (Doc. No. 51) is **GRANTED** and that motion (Doc. No. 28) is hereby withdrawn; however, counsel for the Plaintiff will provide all discovery which must be provided under the standing discovery order— including that discovery which counsel for the Government has already agreed to provide— to counsel for Mr. Martin as soon as possible.

_____
**UNITED STATES DISTRICT JUDGE**